**Jean Bernard GERMAIN, Plaintiff—Appellant,**

v.

**Bobby P. SHEARIN, Warden; James Holwager, Psychologist, Defendants—Appellees.**

No. 10–7722.

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2011.

Decided: May 23, 2011.

Jean Bernard Germain, Appellant Pro Se. Glenn William Bell, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jean Bernard Germain appeals the district court's order granting summary judgment to the Appellees and dismissing Germain's civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Germain v. Shearin,* No. 1:09–cv–03097–JFM, 2010 WL 4792676 (D.Md. Nov. 18, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*